# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| IN RE: | ) | JUDGMENT IN CASE |
| | ) | |
| DOUGLAS SALATHA MILLER | ) | CIVIL CASE NO. 1:15-CV-247 |
| MYRA SALMON MILLER, | ) | BANKRUPTCY CASE NO. 4:15-BK-40251 |
| Debtors, | ) | |
| _____ | ) | |
| | ) | |
| CHRIS S. MILLER, | ) | |
| Appellant, | ) | |
| vs. | ) | |
| | ) | |
| STEVEN G. TATE | ) | |
| Appellee. | ) | |
| _____ | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2016 Memorandum of Opinion and Order.

January 20, 2016

_____

Frank G. Johns, Clerk
United States District Court